No. 91–7876. IN RE KALTENBACH;
No. 91–7943. IN RE CRENSHAW; and

972

No. 91–8067. IN RE BACHYNSKY. Petitions for writs of mandamus denied.